O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Respondent. | Case No. 5:23-cv-01173-JAK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 21).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition without prejudice due to lack of jurisdiction under 28 U.S.C. § 2254.

DATED: January 26, 2024      _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE