JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF DEPARTMENT,<br><br>　　　　Respondent. | Case No. 5:23-cv-01173-JAK-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied without prejudice due to lack of jurisdiction under 28 U.S.C. § 2254.

DATED: January 26, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE